IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, On Behalf Of Itself And All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A.L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.,<br><br>    Defendants. | No. 3:08-cv-0474<br>JURY DEMAND<br>Judge Echols<br>Magistrate Judge Griffin |

**PLAINTIFF WERNER AERO SERVICES CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.02 of the Middle District of Tennessee, Plaintiff Werner Aero Services discloses it has no parent company and has no publicly held company that owns ten percent (10%) or more of its stock.

Dated: May 14, 2008

                  **DRESCHER & SHARP, PC**

                  By: /s/ Kevin H. Sharp
                  Kevin Sharp (TN BPR # 016287)
                  1720 West End Ave., Suite 300
                  Nashville, TN 37203
                  Telephone: (615) 425-7111
                  Email: ksharp@dsattorneys.com

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Mel E. Lifshitz
Ronald J. Aranoff
Gregory M. Egleston
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Email: lifshitz@bernlieb.com
Email: aranoff@bernlieb.com
Email: egleston@bernlieb.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served via U.S. Mail upon:

Champion Laboratories, Inc.
C/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

Purolator Filters N.A. L.L.C.
C/o Corporation Services Company, Registered Agent
327 Hillsborough Street
Raleigh, NC 27603

Honeywell International Inc.
C/o Corporation Services Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203

Wix Filtration Products
C/o CT Corporation System, Registered Agent
225 Hillsborough Street
Raleigh, NC 27603

Cummins Filtration Inc.
C/o Corporation Services Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203

The Donaldson Company
C/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929

Baldwin Filters Inc.
C/o CT Corporation System, Registered Agent
Suite 500
301 South 13th Street
Lincoln, NE 68508

Bosch U.S.A.
C/o Robert Bosch LLC
38000 Hills Tech Drive
Farmington Hills, MI 48331

Mann + Hummel U.S.A., Inc.
C/o Corporation Services Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203

ArvinMeritor, Inc.
C/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929

United Components, Inc.
C/o CT Corporation System, Registered Agent
251 East Ohio Street, Suite 1100
Indianapolis, IN 46204

On this the 14th day of May, 2008.

/s/ Kevin H. Sharp
Kevin H. Sharp