IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, On Behalf Of Itself And All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A.L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.,<br><br>    Defendants. | No. 3:08-cv-0474<br>JURY DEMAND<br>Judge Echols<br>Magistrate Judge Griffin |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now local counsel for Plaintiff in the above-styled action and moves this Honorable Court for admission *pro hac vice*, of Ronald J. Aranoff. Pursuant to Rule 83.01(d) Local Rules of Court, movant files the attached Certificate of Good Standing for Mr. Aranoff.

In support of said motion, counsel states as follows: Ronald J. Aranoff was admitted to the New York Bar in 1996. Attached is an original Certificate of Good Standing from the Appellate Division of the Supreme Court of New York showing Mr. Aranoff's date of admission and attesting to Mr. Aranoff's Good Standing. Mr. Aranoff agrees to be subject to the jurisdiction and the rules of the Tennessee Supreme Court governing professional conduct.

1

Mr. Aranoff is a member of the law firm of Bernstein, Liebhard & Lifshitz, LLP, 10 East 40th Street, New York, NY 10016; Phone: 212-779-1414; Fax: 212-779-3218.

Mr. Aranoff has associated with Kevin H. Sharp, Drescher & Sharp, P.C., 1720 West End Avenue, Suite 300, Nashville, TN 37203. Mr. Sharp is acting as local counsel in this matter.

Dated: May 15, 2008

Respectfully submitted,

**DRESCHER & SHARP, PC**

By: /s/ Kevin H. Sharp
Kevin Sharp (TN BPR # 016287)
1720 West End Ave., Suite 300
Nashville, TN 37203
Telephone: (615) 425-7111
Email: ksharp@dsattorneys.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served via U.S. Mail upon:

Champion Laboratories, Inc.
C/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

Purolator Filters N.A. L.L.C.
C/o Corporation Services Company, Registered Agent
327 Hillsborough Street
Raleigh, NC 27603

Honeywell International Inc.
C/o Corporation Services Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203

Wix Filtration Products
C/o CT Corporation System, Registered Agent
225 Hillsborough Street
Raleigh, NC 27603

Cummins Filtration Inc.
C/o Corporation Services Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203

The Donaldson Company
C/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929

Baldwin Filters Inc.
C/o CT Corporation System, Registered Agent
Suite 500
301 South 13th Street
Lincoln, NE 68508

Bosch U.S.A.
C/o Robert Bosch LLC
38000 Hills Tech Drive
Farmington Hills, MI 48331

Mann + Hummel U.S.A., Inc.
C/o Corporation Services Company, Registered Agent
2908 Poston Avenue
Nashville, TN 37203

ArvinMeritor, Inc.
C/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929

United Components, Inc.
C/o CT Corporation System, Registered Agent
251 East Ohio Street, Suite 1100
Indianapolis, IN 46204

On this the 15th day of May, 2008.

/s/ Kevin H. Sharp
Kevin H. Sharp



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Ronald J. Aranoff** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 21st day of August 1996, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 14, 2008.

*James Edward Pelzer*

Clerk of the Court