CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>　　　RONALD  J.  ARANOFF　　　</u>, Bar #<u>　　---　　</u>

was duly admitted to practice in this Court on

<u>　JUNE 2nd, 1998　</u>, and is in good standing

as a member of the Bar of this Court.

Dated at　<u>500 Pearl Street<br>New York, New York</u>　on　<u>MAY 20th, 2008</u>

<u>J. Michael McMahon</u>　by　<u>[signature]</u>
Clerk　　　　　　　　　　　　Deputy Clerk