AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Tennessee__

WERNER AERO SERVICES, On Behalf Of Itself
And All Others Similarly Situated

V.

CHAMPION LABORATORIES, INC. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 08 0474

TO: (Name and address of Defendant)

Baldwin Filters, Inc.
C/o CT Corporation System, Registered Agent
Suite 500
301 South 13th Street
Lincoln, NE 68508

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin H. Sharp
Drescher & Sharp, PC
1720 West End Avenue, Suite 300
Nashville, TN 37203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**
CLERK

R Mullike
(By) DEPUTY CLERK

DATE   MAY - 9 2008

**RETURN COPY**

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  5-19-08 |
| NAME OF SERVER (PRINT)  Christy L. Hudson | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified Mail Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-08
            Date

Signature of Server: Christy L. Hudson

Address of Server:
1720 W. End Ave., Ste. 300
Nashville, TN 37203

---

Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Baldwin Filter, Inc.
   c/o CT Corp. System
   Suite 500
   301 South 13th Street
   Lincoln, NE 68508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): David Potter
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

[postmark: NE 68501 MAY 19 2008]

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0004 5207 2564

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540