%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Tennessee__

WERNER AERO SERVICES, On Behalf Of Itself
And All Others Similarly Situated

V.

CHAMPION LABORATORIES, INC. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 08 0474

TO: (Name and address of Defendant)

Wix Filtration Corporation, LLC
C/o CT Corporation System, Registered Agent
225 Hillsborough Street
Raleigh, NC 27603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin H. Sharp
Drescher & Sharp, PC
1720 West End Avenue, Suite 300
Nashville, TN 37203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**

CLERK

_[signature]_

(By) DEPUTY CLERK

DATE  MAY -9 2008

**RETURN COPY**

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-19-08 |
| NAME OF SERVER (PRINT) Christy L. Hudson | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail Return Receipt Requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-23-08
Date

Signature of Server: Christy L. Hudson

1720 W. End Ave., Ste. 300
Nashville, TN 37203
Address of Server

---

Return Receipt Requested

COMPLETE THIS SECTION
Complete items 1, 2, and 3. Also complete if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Filtration Products
CT Corp. System
Hillsborough St.
[Raleig]h, NC 27603

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X Holly Frost  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: MAY 19 2008
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7006 2150 0004 9193 9828

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540