AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Tennessee

WERNER AERO SERVICES, On Behalf Of Itself And All Others Similarly Situated

V.

CHAMPION LABORATORIES, INC. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **3 08 0474**

TO: (Name and address of Defendant)

Purolator Filters N.A. L.L.C.
C/o Corporation System Company, Registered Agent
327 Hillsborough Street
Raleigh, NC 27603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin H. Sharp
Drescher & Sharp, PC
1720 West End Avenue, Suite 300
Nashville, TN 37203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**
CLERK

MAY - 9 2008
DATE

(By) DEPUTY CLERK

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5-19-08 |
|---|---|
| NAME OF SERVER (PRINT) Christy L. Hudson | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified Mail Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-23-08
Date

Christy L. Hudson
*Signature of Server*

1720 W. End Ave., Ste. 300
Nashville, TN 37203
*Address of Server*

Return Receipt Request

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Purolater Filters N.A. LLC
c/o Corporation Services Company
327 Hillsborough Street
Raleigh, NC 27603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Heather Hughes ☐ Agent ☐ Addressee

B. Received by (Printed Name) Heather Hughes C. Date of Delivery 5/19/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer fr[om service label]) 7006 2150 0004 5207 2854

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540