```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675002692
Cashier ID: rmillike
Transaction Date: 05/28/2008
Payer Name: RONALD J ARANOFF
--------------------------------------
PRO HOC VICE
 For: RONALD J ARANOFF
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
--------------------------------------
CHECK
 Remitter: RONALD J ARANOFF
 Check/Money Order Num: 6618
 Amt Tendered:   $75.00
--------------------------------------
Total Due:       $75.00
Total Tendered:  $75.00
Change Amt:      $0.00

RONALD J. ARANOFF/PHV
FEE/3:08-0474/CK# 6618
```