IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated | ) ) ) ) | No. 3-08-0474 |
| v. | ) ) ) | |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A.L.L.C; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.,; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) | |

O R D E R

The plaintiff's motion for admission pro hac vice of Ronald J. Aranoff (Docket Entry No. 5) is GRANTED.

Ronald J. Aranoff shall be permitted to practice in this case on behalf of the plaintiff(s).

As provided in the notice issued contemporaneously with the filing of the complaint in this case, the initial case management conference is scheduled on **Monday, June 16, 2008, at 12:00 noon,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the

case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2).  If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery.  <u>See</u> Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order upon the defendants or their counsel.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge