## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, On Behalf Of Itself And All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A.L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC., <br><br> Defendants. | Case No.: 3:08CV474 <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE

Steven A. Riley and Milton S. McGee of Riley Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, Tennessee 37203, hereby enter their appearance as counsel of record for Defendant Cummins Filtration Inc.

Respectfully Submitted,

s/ Steven A. Riley
Steven A. Riley (BPR#06258)
Milton S. McGee, III (BPR # 24150)
Riley Warnock and Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com

*Counsel for Defendant Cummins Filtration Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system and/or U.S. Mail to:

Gregory M. Egleston
Mel E. Lifshitz
Ronald J. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
22nd Floor
New York, NY  10016
(212) 779-1414
egleston@bernlieb.com
lifshitz@bernlieb.com
aranoff@bernlieb.com

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Avenue
Suite 300
Nashville, TN  37203
(615) 425-7111
ksharp@drescherandsharp.com

s/ Steven A. Riley