# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>　　　　　Defendants. | Senior Judge Echols<br><br>Magistrate Judge Griffin<br><br>Case No.: 3:08-cv-00474 |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM IN SUPPORT

Defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., "Bosch U.S.A.,"[1], Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Donaldson Company, Inc., Cummins Filtration Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants") hereby move the Court, pursuant to the Federal Rules of Civil Procedure, for an order enlarging the time for Defendants to respond to the complaint in this action for thirty (30) days.  Plaintiff Werner Aero Services ("Plaintiff") consents to the relief requested in this motion.  This motion is not intended to waive any defenses that Defendants may have, including, but not limited to, the defenses of insufficiency of the

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this Motion.

service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

1. On May 9, 2008, Plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the complaint as a putative class action.

2. As of the date of this motion, plaintiffs have filed at least thirty-three similar complaints in federal district courts throughout the United States. All of these complaints also allege federal and/or state antitrust claims against Defendants and are styled as putative class actions.

3. Currently four separate motions are pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the complaint in a single district for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of Plaintiff's allegations, Defendants hereby move, with the Plaintiff's consent, to extend the time for Defendants to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Defendants' right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. Counsel for Champion and United Components conferred with counsel for Plaintiff prior to filing this motion and was advised that Plaintiff consents to the relief requested herein.

6.      Defendants have not previously requested an extension of time to answer or otherwise respond to the complaint.

WHEREFORE, Defendants respectfully request that this motion for an order enlarging the time for Defendants to respond to the complaint in this action for thirty (30) days be granted. A proposed order is submitted herewith at Exhibit A.

Dated: June 2, 2008

Respectfully submitted,

*/s/ Joshua R. Denton*
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: 615-742-6200
Fax: 615-742-6293
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com

*Counsel for Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

*/s/ David L. Johnson by J. Denton w/ permission*
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605
Email: dljohnson@millermartin.com

*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

*/s/ Robert E. Boston by J. Denton w/ permission*
Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone:  615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com

*Counsel for Baldwin Filters Inc.*

*/s/ E. Jerome Melson by J. Denton w/ permission*
E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com

*Counsel for Donaldson Company, Inc.*

*/s/ Melissa Loney Stevens by J. Denton w/ permission*
Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com

*Counsel for Wix Filtration Products*

*/s/ Jeffrey J. Switzer by J. Denton w/ permission*
Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone:  615-259-4685
Fax:  615-256-4448
Email: jswitzer@ejratty.com

*Counsel for ArvinMeritor Inc.*

*/s/ Steven A. Riley by J. Denton w/ permission*
Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615-320-3700
Fax: 615-320-3737
Email: sriley@rwjplc.com

*Counsel for Cummins Filtration Inc.*

*/s/ Courtney L. Wilbert by J. Denton w/ permission*
Courtney L. Wilbert (BPR No. 23089)
Attorney at Law
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Telephone:  615-790-6610
Fax:  615-790-6022
Email:  cwilbert@cw-attorneys.com

*Counsel for Mann + Hummel USA, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 2, 2008, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and/or by U.S. Mail, including counsel as indicated below.

Gregory M. Egleston
Mel. E. Lifshitz
Ronald A. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
22nd Floor
New York, New York 10016
(212) 779-1414
egleston@bernlieb.com
lifshitz@bernlieb.com
aranoff@bernlieb.com

*Counsel for Plaintiff*

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Avenue
Suite 300
Nashville, TN 37203
(615) 425-7111
ksharp@drescherand sharp.com

*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605
Email: dljohnson@millermartin.com

*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

Robert E. Boston
WALLER LANSDEN DORTCH &
DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone: 615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com

*Counsel for Baldwin Filters Inc.*

E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com

*Counsel for Donaldson Company, Inc*

Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN 37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com

*Counsel for Wix Filtration Products*

Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone:  615-259-4685
Fax:  615-256-4448
Email: jswitzer@ejratty.com

*Counsel for ArvinMeritor Inc.*

Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615-320-3700
Fax: 615-320-3737
Email: sriley@rwjplc.com

*Counsel for Cummins Filtration Inc.*

Courtney L. Wilbert (BPR No. 23089)
Attorney at Law
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Telephone:  615-790-6610
Fax:  615-790-6022
Email:  cwilbert@cw-attorneys.com

*Counsel for Mann + Hummel USA, Inc.*

*/s/ Joshua R. Denton*_____

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>Defendants. | Senior Judge Echols<br><br>Magistrate Judge Griffin<br><br>Case No.: 3:08-cv-00474 |

## [PROPOSED] ORDER

Based on DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, and good cause appearing therefrom, IT IS HEREBY ORDERED that the motion is GRANTED. The time for all Defendants in this matter to respond to Plaintiff's complaint shall be extended for thirty (30) days.

Dated this _____ day of June, 2008.

_____
Judge
United States District Court

Approved for Entry:

*/s/ Joshua R. Denton*
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: 615-742-6200
Fax: 615-742-6293
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com


*Counsel for Purolator Filters N.A. L.L.C.*
  *& Robert Bosch LLC*

*/s/ David L. Johnson by J. Denton w/ permission*
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605
Email: dljohnson@millermartin.com

*Counsel for Defendant Champion Laboratories, Inc.,*
  *United Components, Inc. and Honeywell International Inc.*

*/s/ Robert E. Boston by J. Denton w/ permission*
Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone:  615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com

*Counsel for Baldwin Filters Inc.*

2

*/s/ E. Jerome Melson by J. Denton w/ permission*
E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com

*Counsel for Donaldson Company, Inc.*

*/s/ Melissa Loney Stevens by J. Denton w/ permission*
Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com

*Counsel for Wix Filtration Products*

*/s/ Jeffrey J. Switzer by J. Denton w/ permission*
Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone:  615-259-4685
Fax:  615-256-4448
Email: jswitzer@ejratty.com

*Counsel for ArvinMeritor Inc.*

*/s/ Steven A. Riley by J. Denton w/ permission*
Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615-320-3700
Fax: 615-320-3737
Email: sriley@rwjplc.com

*Counsel for Cummins Filtration Inc.*

*/s/ Courtney L. Wilbert by J. Denton w/ permission*
Courtney L. Wilbert (BPR No. 23089)
Attorney at Law
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Telephone:  615-790-6610
Fax:  615-790-6022
Email:  cwilbert@cw-attorneys.com

*Counsel for Mann + Hummel USA, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 2, 2008, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and/or by U.S. Mail, including counsel as indicated below.

Gregory M. Egleston
Mel. E. Lifshitz
Ronald A. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
22nd Floor
New York, New York 10016
(212) 779-1414
egleston@bernlieb.com
lifshitz@bernlieb.com
aranoff@bernlieb.com

*Counsel for Plaintiff*

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Avenue
Suite 300
Nashville, TN 37203
(615) 425-7111
ksharp@drescherand sharp.com

*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605
Email: dljohnson@millermartin.com

*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone: 615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com

*Counsel for Baldwin Filters Inc.*

E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com

*Counsel for Donaldson Company, Inc*

Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com

    *Counsel for Wix Filtration Products*

5

Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone:  615-259-4685
Fax:  615-256-4448
Email: jswitzer@ejratty.com

*Counsel for ArvinMeritor Inc.*

Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615-320-3700
Fax: 615-320-3737
Email: sriley@rwjplc.com

*Counsel for Cummins Filtration Inc.*

Courtney L. Wilbert (BPR No. 23089)
Attorney at Law
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Telephone:  615-790-6610
Fax:  615-790-6022
Email:  cwilbert@cw-attorneys.com

*Counsel for Mann + Hummel USA, Inc.*

*/s/ Joshua R. Denton*

Case 1:08-cv-04801   Document 22-2   Filed 06/02/2008   Page 7 of 7