## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>            Defendants. | Senior Judge Echols<br><br>Magistrate Judge Griffin<br><br>Case No.: 3:08-cv-00474 |

## PUROLATER FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] certify the following information about their corporate parent companies:

Purolater Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc. Each parent owns 50% of the stock of Purolater Filters N.A. L.L.C.

Robert Bosch LLC has two "members," or parents: Robert Bosch North America Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

---

[1] Plaintiffs named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

Dated: June 2, 2008

Respectfully submitted,

*/s/ Joshua R. Denton*
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: 615-742-6200
Fax: 615-742-6293
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com

*Counsel for Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2008, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and/or by U.S. Mail, including counsel as indicated below.

Gregory M. Egleston
Mel. E. Lifshitz
Ronald A. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
22nd Floor
New York, New York 10016
(212) 779-1414
egleston@bernlieb.com
lifshitz@bernlieb.com
aranoff@bernlieb.com

*Counsel for Plaintiff*

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Avenue
Suite 300
Nashville, TN 37203
(615) 425-7111
ksharp@drescherand sharp.com

*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605
Email: dljohnson@millermartin.com

*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone: 615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com

*Counsel for Baldwin Filters Inc.*

E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com

*Counsel for Donaldson Company, Inc*

Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN 37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com

*Counsel for Wix Filtration Products*

3

Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone:  615-259-4685
Fax:  615-256-4448
Email: jswitzer@ejratty.com

*Counsel for ArvinMeritor Inc.*

Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615-320-3700
Fax: 615-320-3737
Email: sriley@rwjplc.com

*Counsel for Cummins Filtration Inc.*

Courtney L. Wilbert (BPR No. 23089)
Attorney at Law
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Telephone:  615-790-6610
Fax:  615-790-6022
Email:  cwilbert@cw-attorneys.com

*Counsel for Mann + Hummel USA, Inc.*

*/s/ Joshua R. Denton_____*

4