IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC., BOSCH USA,<br>MANN + HUMMEL USA, INC.,<br>ARVINMERITOR, INC., and<br>UNITED COMPONENTS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:08-cv-00474<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT
OF ARVINMERITOR, INC.**

Comes now Arvinmeritor, Inc., pursuant to Local Rule of Court 8(a)(3) of the U.S. District Court for the Middle District of Tennessee, and files this, its Corporate Disclosure Statement. Arvinmeritor, Inc. is a publicly traded company. There is no parent company to Arvinmeritor, Inc., and there are no publicly traded companies that own ten percent (10%) or more of its stock.

s/ Jeffrey J. Switzer
Jeffrey J. Switzer, Esq. (#18914)
Evans, Jones and Reynolds, P.C.
710 SunTrust Plaza
401 Commerce Street
Nashville, TN 37219-2405
(615) 259-4685

*Attorneys for Defendant Arvinmeritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF ARVINMERITOR, INC.** has been served via **Electronic Transmission** upon:

David L. Johnson
Miller & Martin, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

*Counsel for Defendant Champion*
*Laboratories, Inc., United Components, Inc.*
*and Honeywell International, Inc.*

Courtney L. Wilbert
Colbert & Wilbert, PLLC
108 Fourth Avenue South, Suite 209
Franklin, TN 37064

*Counsel for Mann + Hummel USA, Inc.*

Gordon Ball
Ball and Scott, PA
550 W. Main Street, Suite 601
Knoxville, TN 37902

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541

*Attorneys for Plaintiffs*

this 3rd day of June, 2008.

                                                    s/ Jeffrey J. Switzer

354905.002.sm.Corporate Disclosure Statement.wpd