# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, On Behalf Of Itself And All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No.: 3:08CV474 ) |
| v. | ) JURY TRIAL DEMANDED ) |
| CHAMPION LABORATORIES, INC., et. al., | ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02[1], Defendant Cummins Filtration Inc., ("CFI") makes the following disclosure:

Cummins Inc. is the parent corporation of CFI. Cummins Inc. is a publicly held company that owns 10% or more of CFI's stock.

Respectfully Submitted,

s/ Steven A. Riley
Steven A. Riley (BPR#06258)
Milton S. McGee, III (BPR # 24150)
Riley Warnock and Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com

*Counsel for Defendant Cummins Filtration Inc.*

---

[1] Local Rule 7.02 provides: "Any non-governmental corporate party shall file a Corporate Disclosure Statement identifying all its parent corporations and listing any publicly held company that owns ten percent (10%) or more of the party's stock. A party shall file the Corporate Disclosure Statement as a separate document with its initial pleading, or other initial Court filing and shall supplement the Corporate Disclosure Statement within a reasonable time of any change in the information."

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system and/or U.S. Mail to:

Gregory M. Egleston
Mel E. Lifshitz
Ronald J. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
22nd Floor
New York, NY  10016
(212) 779-1414
egleston@bernlieb.com
lifshitz@bernlieb.com
aranoff@bernlieb.com

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Avenue
Suite 300
Nashville, TN  37203
(615) 425-7111
ksharp@drescherandsharp.com

                                                s/ Steven A. Riley