UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,<br><br>　　　　　　Defendants. | Case No.: 2:08–cv–00126 |

**CHAMPION LABORATORIES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

　　　　Pursuant to Local Rule 3.3 and Fed. R. Civ. P. 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: May 27, 2008 Respectfully submitted,

/s/ David L. Johnson
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605

*Counsel for Defendant Champion Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via first-class U.S. mail, postage prepaid, to:

Gordon Ball  *(via electronic mail)*
Ball & Scott
750 NationsBank Center
550 Main Avenue
Knoxville, TN  37902-2567

Rebecca B. Crawford
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

Andrew Colocotronis
Baker, Donelson, Bearman Caldwell
    & Berkowitz, PC
Riverview Tower, Suite 2200
P.O. Box 1792
Knoxville, TN  37901

Brendan J. Healey
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL  60606

Martin J. Dubowsky
Martin J. Dubowsky, Ltd.
2239 N. Orchard Street
Chicago, IL  60614

E. Jerome Melson  *(via electronic mail)*
Gentry, Tipton & McLemore, P.C.
Riverview Tower, Suite 2300
900 S. Gay Street
Knoxville, TN  37902

S. Morris Hadden
Hunter, Smith & Davis, LLP
1212 North Eastman Road
Kingsport, TN  37664

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre, Suite 5091
534 Harbor Boulevard
Destin, FL  32541

John DeQ. Briggs
Howrey LP
1299 Pennsylvania Ave., NW
Washington, D.C.  20004

Edward Hassi
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036

Darrell Prescott
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York  10036

Nicholas J. Siciliano
Latham & Watkins LLP
5800 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

Sanya Sarich
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004