UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>                     Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>                     Defendants. | Case No.: 3:08-cv-00474 |

## UNITED COMPONENTS, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of United Components, Inc.'s stock.

        Respectfully submitted,

        /s/ David L. Johnson
        David L. Johnson
        MILLER & MARTIN PLLC
        1200 One Nashville Place
        150 Fourth Avenue, North
        Nashville, TN 37219
        Telephone: 615-744-8505
        Fax: 615-744-8605

        *Counsel for Defendant United Components, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via electronic delivery to:

| | |
|---|---|
| Joshua R. Denton<br>R. Dale Grimes<br>Bass Berry & Sims PLC<br>315 Deaderick Street, Suite 2700<br>Nashville, TN 37238-3001 | Gregory M. Egleston<br>Mel E. Lifshitz<br>Ronald A. Aranoff<br>Bernstein, Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, New York 10016 |
| Robert E. Boston<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1760 | Kevin H. Sharp<br>Drescher & Sharp, P.C.<br>1720 West End Ave., Suite 300<br>Nashville, TN 37203 |
| E. Jerome Melson<br>Gentry, Tipton & McLemore, P.C.<br>900 S. Gay Street, Suite 2300<br>Knoxville, TN 37902 | Melissa Loney Stevens<br>Baker Donelson<br>900 S. Gay Street<br>P.O. Box 1792<br>Knoxville, TN 37901 |
| Jeffrey J. Switzer<br>Evans Jones and Reynolds P.C.<br>401 Commerce Street, Suite 710<br>Nashville, TN 37219-2405 | Courtney L. Wilbert<br>Colbert & Wilbert, PLLC<br>108 Fourth Avenue South, Suite 209<br>Franklin, TN 37064 |
| Steven A. Riley<br>Riley Warnock & Jacobson PLC<br>1906 West End Avenue<br>Nashville, TN 37203 | |

this 4th day of June, 2008.

        /s David L. Johnson
        David L. Johnson