AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

WERNER AERO SERVICES, on behalf of itself and all others similarly situated,

        Plaintiff,

  v.

CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,

        Defendants.

Case No.: 3:08-cv-00474

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants Champion Laboratories, Inc., Honeywell International, Inc., and United Components, Inc.

    I certify that I am admitted to practice in this court.

Date:  June 4, 2008

/s/ David L. Johnson
*Signature*

David L. Johnson      18732
*Print Name*      *Bar Number*

1200 One Nashville Place, 150 4th Avenue North
*Address*

Nashville, TN 37219
*City    State    Zip Code*

615/244-9270      615/256-8197
*Phone Number    Fax Number*

dljohnson@millermartin.com

3966448_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via electronic delivery to:

Joshua R. Denton
R. Dale Grimes
Bass Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, TN  37238-3001

Robert E. Boston
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219-1760

E. Jerome Melson
Gentry, Tipton & McLemore, P.C.
900 S. Gay Street, Suite 2300
Knoxville, TN  37902

Jeffrey J. Switzer
Evans Jones and Reynolds P.C.
401 Commerce Street, Suite 710
Nashville, TN  37219-2405

Steven A. Riley
Riley Warnock & Jacobson PLC
1906 West End Avenue
Nashville, TN  37203

Gregory M. Egleston
Mel E. Lifshitz
Ronald A. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, New York  10016

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Ave., Suite 300
Nashville, TN  37203

Melissa Loney Stevens
Baker Donelson
900 S. Gay Street
P.O. Box 1792
Knoxville, TN  37901

Courtney L. Wilbert
Colbert & Wilbert, PLLC
108 Fourth Avenue South, Suite 209
Franklin, TN  37064

this 4th day of June, 2008.

/s David L. Johnson
David L. Johnson