IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated | ) ) ) ) No. 3-08-0474 |
| v. | ) ) ) |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A.L.L.C; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.,; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) |

O R D E R

The defendants' consent motion for extension of time (Docket Entry No. 22) is GRANTED.

It is not clear to what date the defendants seek an extension or from what date they seek an additional 30 days. It appears, however, that the summons on the defendants were served on May 19, 2008, and May 20, 2008. Therefore, the time for the defendants to file a response to the complaint is extended to July 9, 2008.

The next day after filing the motion for extension of time, the defendants filed a motion to stay all proceedings (Docket Entry No. 25). Although in the motion for extension of time the defendants advised that the plaintiff consented to the proposed extension, a similar representation was not made in the motion to stay.

The initial case management conference is scheduled on June 16, 2008, before which the defendants will not have filed responses.

Therefore, and as a result of the defendants' motion to stay, the June 16, 2008, initial case management conference is CANCELLED, and a telephone conference call is scheduled in lieu thereof on **Monday, June 16, 2008, at 12:00 noon, central time,** to be initiated by counsel for

defendants Purolator Filters and Robert Bosch, to address the defendants' motion to stay, the status of the request to transfer this case, whether the plaintiff will object to such transfer, to reschedule the initial case management conference, if appropriate, and any other appropriate matters.

    It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge