UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, ON BEHALF OF ITSELF AND OTHERS SIMILARLY SITUATED,<br><br>   Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION, INC., THE DONALDSON COMPANY BALDWIN FILTERS, INC., BOSCH U.S.A., MANN & HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.,<br><br>   Defendants. | Case No.: 3:08-cv-00474<br><br>Senior Judge Robert Echols<br>Magistrate Judge Juliet E. Griffin |

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for Baldwin Filters, Inc. (a private non-governmental party) certifies that the following is the corporate parent, affiliate, and/or subsidiary of said party, which is publicly held:

  CLARCOR, INC.

2096944.1

By: s/ Robert E. Boston
    Robert E. Boston (BPR 009744)
    WALLER, LANSDEN, DORTCH & DAVIS, LLP
    Nashville City Center
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219-8966
    (615) 244-6380 (Phone)
    (615) 244-6804 (Fax)

    Darrell Prescott
    BAKER & MCKENZIE, LLP
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 626-4476 (Phone)
    (212) 310-1637 (Fax)

    *Counsel for Defendant Baldwin Filters, Inc.*

2096944.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of June, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| David L. Johnson<br>MILLER & MARTIN, PLLC<br>1200 One Nashville Place<br>150 Fourt Avenue, North<br>Nashville, TN 37219 | Courtney L. Wilbert<br>COLBERT & WILBERT, PLLC<br>108 Fourth Avenue South, Suite 209<br>Franklin, TN 37064 |
| *Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International, Inc.* | *Counsel for Mann & Hammel USA, Inc.* |
| E. Jerome Melson<br>GENTRY, TIPTON & MCLEMORE, PC<br>900 South Gay Street<br>Riverview Tower, Suite 2300<br>Knoxville, TN 37902 | Andrew Colocotonis<br>BAKER, DONELSON, BEARMAN, CALDWELL<br>& BERKOWITZ, PC<br>Riverview Tower<br>900 S. Gay Street, Suite 2000 (Zip 37902)<br>P.O. Box 1792<br>Knoxville, TN 37901 |
| *Counsel for Donaldson Company, Inc.* | *Counsel for Wix Filtration Products* |
| R. Dale Grimes<br>BASS, BERRY & SIMMS, PLC<br>315 Deaderick Street, Suite 2700<br>Nashville, TN 37238 | Jeffrey J. Switzer<br>EVANS, JONES & REYNOLDS, PC<br>401 Commerce Street, Suite 710<br>Nashville, TN 37219 |
| *Counsel for Purolator Filters, NA LLC & Robert Bosch, LLC* | *Counsel for ArvinMeritor, Inc.* |

2096944.1

| | |
|---|---|
| Steven A. Riley<br>RILEY WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br><br>*Counsel for Cummins Filtration, Inc.* | Gregory M. Egleston<br>Mel E. Lifshitz<br>Ronald J. Aranoff<br>BERNSTEIN, LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>(212) 779-1414<br><br>Kevin H. Sharp<br>DRESCHER & SHARP, P.C.<br>1720 West End Avenue, Suite 300<br>Nashville, TN 37203<br>(615) 425-7111<br><br>*Counsel for Werner Aero Services* |

                                                s/ Robert E Boston

2096944.1