UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No.: 3:08-cv-00474 |

**CHAMPION LABORATORIES, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock.  UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock.  UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock.  Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.  No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Respectfully submitted,

/s/ David L. Johnson
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605

*Counsel for Defendant Champion Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via electronic delivery to:

Joshua R. Denton
R. Dale Grimes
Bass Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

Gregory M. Egleston
Mel E. Lifshitz
Ronald A. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, New York 10016

Robert E. Boston
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219-1760

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Ave., Suite 300
Nashville, TN 37203

E. Jerome Melson
Gentry, Tipton & McLemore, P.C.
900 S. Gay Street, Suite 2300
Knoxville, TN 37902

Melissa Loney Stevens
Baker Donelson
900 S. Gay Street
P.O. Box 1792
Knoxville, TN 37901

Jeffrey J. Switzer
Evans Jones and Reynolds P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405

Courtney L. Wilbert
Colbert & Wilbert, PLLC
108 Fourth Avenue South, Suite 209
Franklin, TN 37064

Steven A. Riley
Riley Warnock & Jacobson PLC
1906 West End Avenue
Nasvhille, TN 37203

this 4th day of June, 2008.

/s David L. Johnson
David L. Johnson