UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC., and UNITED COMPONTENTS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 3:08-cv-00474<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Patrick Barrett of Barrett Law Office, P.A., One Burton Hills Boulevard, Suite 380, Nashville, Tennessee 37215, hereby enters his appearance as counsel of record for Plaintiff Werner Aero Services.

Dated: June 6, 2008

          Respectfully submitted,

          s/ Patrick Barrett_____
          Patrick Barrett
          TN Bar No. 020394
          BARRETT LAW OFFICE

One Burton Hills Boulevard
Suite 380
Nashville, Tennessee 37215
Phone: 615-665-9990
Fax:    615-665-9998
pmbarrett3@barrettlawoffice.com


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document via electronic delivery to:

Joshua R. Denton
R. Dale Grimes
Bass Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

Gregory M. Egleston
Mel E. Lifshitz
Ronald A. Aranoff
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, New York 10016

Robert E. Boston
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219-1760

Kevin H. Sharp
Drescher & Sharp, P.C.
1720 West End Ave., Suite 300
Nashville, TN 37203

E. Jerome Melson
Gentry, Tipton & McLemore, P.C.
900 S. Gay Street, Suite 2300
Knoxville, TN 37902

Melissa Loney Stevens
Baker Donelson

900 S. Gay Street
P.O. Box 1792
Knoxville, TN 37901

Jeffrey J. Switzer
Evans Jones and Reynolds P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405

Courtney L. Wilbert
Colbert & Wilbert, PLLC
108 Fourth Avenue South, Suite 209
Franklin, TN 37064

Steven A. Riley
Riley Warnock & Jacobson PLC
1906 West End Avenue

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505

this 6th day of June, 2008.

                                                           _s/ Patrick Barrett_____
                                                          Patrick Barrett