# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>        Defendants. | Case No.: 3:08-cv-00474<br><br>Senior Judge Robert Echols<br><br>Magistrate Judge: Juliet Griffin |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.01(f), notice is hereby given of the appearance of Courtney L. Wilbert as counsel for the Defendant, Mann + Hummel U.S.A., Inc.

Dated: June 9, 2008

        Respectfully submitted,

        /s/ Courtney L. Wilbert
        Courtney L. Wilbert, 23089
        COLBERT & WILBERT, PLLC
        108 Fourth Ave. S., Suite 209
        Franklin, TN 37064
        (615) 790-6610
        (615) 790-6022 (facsimile)
        cwilbert@cw-attorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served on all Filing Users through the Electronic filing system (electronic filers per the Court's listing are listed below) on this the 9th day of June, 2008:

| | |
|---|---|
| Ronald J. Aranoff<br>Gregory M. Egleston<br>BERNSTEIN, LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Telephone: (212) 779-1414<br>Fax: (212) 779-3218<br>aranoff@bernlieb.com<br>egleston@bernlieb.com<br>lifshitz@bernlieb.com | Joshua Ray Denton<br>BASS, BERRY & SIMS<br>AmSouth Center<br>315 Deaderick Street<br>Suite 2700<br>Nashville, TN 37238-3001<br>Telephone: (615) 742-7761<br>jdenton@bassberry.com<br>*Counsel for Defendants Purolator Fileters N.A.L.L.C. and Bosch U.S.A.* |
| Kevin H. Sharp<br>DRESCHER & SHARP, P.C.<br>1720 West End Avenue, Suite 300<br>Nashville, TN 37203<br>Telephone: (615) 425-7111<br>Fax: (615) 425-7110<br>ksharp@drescherandsharp.com<br>*Attorneys for Plaintiff Werner Aero Services* | Milton S. McGee, III<br>Steven Allen Riley<br>RILEY, WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>tmcgee@bowenriley.com<br>sriley@rwjplc.com<br>*Counsel for Defendant Cummins Filtration, Inc.* |

Jeffrey J. Switzer
EVANS, JONES & REYNOLDS
P.O. Box 190627
Nashville, TN  37219-0627
Telephone: (615) 259-4685
jswitzer@ejrlaw.com
*Counsel for Defendant Arvinmeritor, Inc.*

E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone:  615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com
*Counsel for Baldwin Filters Inc.*

Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com
*Counsel for Wix Filtration Products*