# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>      Defendants. | Case No.: 3:08-cv-00474<br><br>Senior Judge Robert Echols<br><br>Magistrate Judge: Juliet Griffin |

## DEFENDANT MANN + HUMMEL U.S.A., INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.02, Defendant Mann + Hummel U.S.A., Inc. makes the following disclosure:

1.      Mann + Hummel U.S.A., Inc. is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation.

2.      No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel U.S.A., Inc.

  Dated: June 9, 2008

Respectfully submitted,

/s/ Courtney L. Wilbert
Courtney L. Wilbert, 23089
COLBERT & WILBERT, PLLC
108 Fourth Ave. S., Suite 209
Franklin, TN 37064
(615) 790-6610
(615) 790-6022 (facsimile)
cwilbert@cw-attorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all Filing Users through the Electronic filing system (electronic filers per the Court's listing are listed below) on this the 9th day of June, 2008:

| | |
|---|---|
| Ronald J. Aranoff<br>Gregory M. Egleston<br>BERNSTEIN, LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Telephone: (212) 779-1414<br>Fax: (212) 779-3218<br>aranoff@bernlieb.com<br>egleston@bernlieb.com<br>lifshitz@bernlieb.com | Joshua Ray Denton<br>BASS, BERRY & SIMS<br>AmSouth Center<br>315 Deaderick Street<br>Suite 2700<br>Nashville, TN 37238-3001<br>Telephone: (615) 742-7761<br>jdenton@bassberry.com<br>*Counsel for Defendants Purolator Fileters N.A.L.L.C. and Bosch U.S.A.* |
| Kevin H. Sharp<br>DRESCHER & SHARP, P.C.<br>1720 West End Avenue, Suite 300<br>Nashville, TN 37203<br>Telephone: (615) 425-7111<br>Fax: (615) 425-7110<br>ksharp@drescherandsharp.com<br>*Attorneys for Plaintiff Werner Aero Services* | Milton S. McGee, III<br>Steven Allen Riley<br>RILEY, WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>tmcgee@bowenriley.com<br>sriley@rwjplc.com<br>*Counsel for Defendant Cummins Filtration, Inc.* |

| | |
|---|---|
| Jeffrey J. Switzer<br>EVANS, JONES & REYNOLDS<br>P.O. Box 190627<br>Nashville, TN  37219-0627<br>Telephone: (615) 259-4685<br>jswitzer@ejrlaw.com<br>*Counsel for Defendant Arvinmeritor, Inc.* | E. Jerome Melson<br>GENTRY, TIPTON & McLEMORE, P.C.<br>900 South Gay Street<br>Riverview Tower, Suite 2300<br>Knoxville, TN 37902<br>Telephone: 865-525-5300<br>Fax: 865-637-6761<br>Email: ejm@tennlaw.com<br>*Counsel for Donaldson Company, Inc.* |
| Robert E. Boston<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1760<br>Telephone:  615-244-6380<br>Fax: 615-244-6804<br>Email: bob.boston@wallerlaw.com<br>*Counsel for Baldwin Filters Inc.* | Melissa Loney Stevens (B.P.R. No. 23036)<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>Riverview Tower<br>900 S. Gay Street, Suite 2200 (Zip 37902)<br>P.O. Box 1792<br>Knoxville, TN  37901<br>Phone: 865.971.5171<br>Fax: 865.329.5171<br>mstevens@bakerdonelson.com<br>*Counsel for Wix Filtration Products* |