IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A.L.L.C; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.,; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | No. 3-08-0474 |

O R D E R

The parties' joint motion to extend time for defendants to respond to complaint and to stay discovery (Docket Entry No. 34) is GRANTED.

The telephone conference call, scheduled by order entered June 5, 2008 (Docket Entry No. 30), on June 16, 2008, is CANCELLED.

The parties' agreed order submitted with the motion (Docket Entry No. 34-1) is contemporaneously entered.

However, defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC shall file a status report by August 15, 2008, advising the Court of the status of the motion to transfer (i.e., whether the MDL Panel has issued a conditional transfer order, and, if so, when and, if not, when such an order is anticipated).[1]

---

[1] This Court is not notified when a conditional transfer order is entered, but is only notified once the conditional transfer order becomes final.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge