UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>           Defendants. | Case No.: 3:08-cv-00474<br><br>Senior Judge Robert Echols<br>Magistrate Judge Juliet E. Griffin |

**AGREED ORDER TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND TO STAY DISCOVERY**

This matter came before the Court upon the parties' joint motion to extend the time for Defendants to respond to Plaintiff's complaint and to stay discovery. Plaintiff Werner Aero Services ("Werner") has filed the above-captioned case ("Plaintiff's Action"), wherein it alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Donaldson Company, Inc., and Baldwin Filters, Inc., United Components, Inc. and Cummins Filtration Inc. (the "Defendants").

As set forth in the joint motion, the parties have represented that at least thirty-six complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases"). The parties have also represented that four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings in a single district pursuant to 28 U.S.C. § 1407 (the "MDL Motion"). The Plaintiff consents to the Panel transferring and consolidating this case with the other Filters Cases, and anticipates the possibility of a Consolidated Complaint in the Filters Cases after the Panel issues an order on the MDL Motion and the Filters Cases are assigned to a transferee court (the "MDL Order").

As set forth in the joint motion and herein, the Plaintiff and Defendants (the "Parties") have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action and any pre-trial discovery would be more efficient for the Parties and for the Court. As evidenced by the signatures of counsel to the parties below and as set forth in the joint motion, it appears to the Court that the parties are in agreement with respect to the terms set forth herein. Under these circumstances, and for good cause shown, the Court finds that the joint motion is well-taken and shall be GRANTED. Accordingly, the Court's June 5, 2008 Order is modified, and the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiff's Action shall be extended until the earliest of the following dates: (1) if this case is transferred to another district pursuant to the MDL Order, the date set by that transferee court for responding to the Consolidated Complaint in the Filters Cases ("Response Date"); or (2) if this case is not transferred to another district pursuant to the MDL Order, thirty days after that Order, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiff's Action by that earlier date;

2. All proceedings in this action are stayed, including the Parties' obligations pursuant to Local Rules 16.01 and 23.01, Federal Rules of Civil Procedure 16 and 26 and other applicable local and federal rules, until (1) this case is transferred pursuant to the MDL Order, in which case it will proceed on the schedule set by the transferee court; or (2), if this case is not transferred to another district pursuant to the MDL Order, thirty days after Defendants have answered, moved or otherwise responded to the complaint in Plaintiff's Action. Accordingly, the telephone conference set for June 16, 2008 also is cancelled; and

3. To conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, this extension and stay is available in all related actions assigned to the undersigned to any defendant that provides written notice

to all plaintiffs of its intention to join this extension and stay, without further stipulation with counsel for plaintiffs in the related actions.

IT IS SO ORDERED.

Dated: June ___, 2008

_____
JULIET GRIFFIN
United States Magistrate Judge

APPROVED FOR ENTRY:

/s/ David L. Johnson by J. Denton, with permission
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605
*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

/s/ Courtney L. Wilbert by J. Denton, with permission
Courtney L. Wilbert (BPR No. 23089)
Attorney at Law
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Telephone: 615-790-6610
Fax: 615-790-6022
Email: cwilbert@cw-attorneys.com
*Counsel for Mann + Hummel USA, Inc.*

/s/ Robert E. Boston by J. Denton, with permission
Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone: 615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com
*Counsel for Baldwin Filters Inc.*

/s/ Kevin Sharp by J. Denton, with permission
Kevin Sharp
DRESCHER & SHARP, PC
1720 West End Ave., Suite 300
Nashville, TN 37203
Telephone: (615) 425-7111
Email: ksharp@dsattorneys.com

/s/ Ronald J. Aranoff by J. Denton, with permission
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Email: aranoff@bernlieb.com
*Attorneys for Plaintiff*

/s/ E. Jerome Melson by J. Denton, with permission
E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

/s/ Melissa Loney Stevens by J. Denton, with permission
Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN 37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com
*Counsel for Wix Filtration Products*

/s/ Joshua R. Denton
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: 615-742-6200
Fax: 615-742-6293
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com
*Counsel for Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

6

<u>/s/ Jeffrey J. Switzer by J. Denton, with permission</u>
Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone: 615-259-4685
Fax: 615-256-4448
Email: JSwitzer@ejrlaw.com
*Counsel for ArvinMeritor Inc.*

<u>/s/ Steven A. Riley by J. Denton, with permission</u>
Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615-320-3700
Fax: 615-320-3737
Email: sriley@rwjplc.com
*Counsel for Cummins Filtration Inc.*

6848999.1