IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WERNER AERO SERVICES, On Behalf Of Itself And All Others Similarly Situated,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A.L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.,**<br><br>    **Defendants.** | No. 3:08-cv-0474<br>**JURY DEMAND**<br>Judge Echols<br>Magistrate Judge Griffin |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW the undersigned and moves this Court an order allowing the attorney of record to withdraw and substitution of the attorney identified below.

**I.**

WERNER AERO SERVICES, On Behalf of Itself and All Others Similarly Situated, ("Plaintiff") has retained Patrick M. Barrett of Barrett Law Office, P.A., State Bar No. 020394, to represent it in this case. Mr. Barrett filed a Notice of Appearance on June 6, 2008 [Docket Entry No. 33].

**II.**

Kevin H. Sharp of the law firm of Drescher & Sharp, PC respectfully requests that he be permitted to withdraw from the representation of Plaintiff. All future pleadings, notices, and other correspondence affecting Plaintiff shall be forwarded to Patrick M. Barrett of Barrett Law Office, P.A., One Burton Hills Boulevard, Suite 380, Nashville TN 37215.

**III.**

This motion is not brought for purposes of delay but only to allow Plaintiff to effectively proceed in this cause.

WHEREFORE, undersigned respectfully requests that this Court enter an Order permitting Kevin H. Sharp and the law firm of Drescher & Sharp, PC to withdraw as counsel for Plaintiff and allowing Patrick M. Barrett of Barrett Law Office, P.A. as counsel for Plaintiff.

Respectfully Submitted,

 /s/ Kevin H. Sharp
Kevin H. Sharp #016287
Drescher & Sharp, P.C.
1720 West End Avenue
Suite 300
Nashville, TN  37203
(615) 425-7113

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served on all Filing Users through the Electronic filing system (electronic filers per the Court's listing are listed below) on this the 25th day of June, 2008:

Ronald J. Aranoff
Gregory M. Egleston
BERNSTEIN, LIEBHARD & LIFSHITZ, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218
aranoff@bernlieb.com
egleston@bernlieb.com
lifshitz@bernlieb.com
*Counsel for Plaintiff*

Jeffrey J. Switzer
EVANS, JONES & REYNOLDS
P.O. Box 190627
Nashville, TN 37219-0627
Telephone: (615) 259-4685
jswitzer@ejrlaw.com
*Counsel for Defendant Arvinmeritor, Inc.*

Joshua Ray Denton
BASS, BERRY & SIMS
AmSouth Center
315 Deaderick Street
Suite 2700
Nashville, TN 37238-3001
Telephone: (615) 742-7761
jdenton@bassberry.com
*Counsel for Defendants Purolator Fileters N.A.L.L.C. and Bosch U.S.A.*

Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone: 615-244-6380
Fax: 615-244-6804
Email: bob.boston@wallerlaw.com
*Counsel for Baldwin Filters Inc.*

Milton S. McGee, III
Steven Allen Riley
RILEY, WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
tmcgee@bowenriley.com
sriley@rwjplc.com
*Counsel for Defendant Cummins Filtration, Inc.*

E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

Melissa Loney Stevens (B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN 37901
Phone: 865.971.5171
Fax: 865.329.5171
mstevens@bakerdonelson.com
*Counsel for Wix Filtration Products*
*Attorney for Defendants*

    /s/ Kevin H. Sharp
    Kevin H. Sharp