UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No. 3:08-cv-0474<br><br>Judge Echols<br>Magistrate Judge Griffin |

## NOTICE OF APPEARANCE

R. Dale Grimes of Bass, Berry & Sims PLC, hereby gives notice of appearance on behalf of and as counsel for Defendants Purolator Filters N.A. LLC and Robert Bosch LLC.

Respectfully submitted,

   */s/*  R. Dale Grimes
R. Dale Grimes (#6223)
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
(615) 742-6200 *telephone*
(615) 742-2744 *facsimile*
dgrimes@bassberry.com  *email*

*Of Counsel:*

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:   (202) 624-2500
Fax:   (202) 628-5116

*Attorneys for Purolator Filters N.A. L.L.C.*
*& Robert Bosch LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27th, 2008, I electronically filed the foregoing "Notice of Appearance" with the U.S. District Court. Notice of this filing will be sent by electronic mail message to the following individuals who are registered with the U.S. District Court's CM/ECF system.

Gregory M. Egleston
Mel. E. Lifshitz
Ronald A. Aranoff
BERNSTEIN, LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
22nd Floor
New York, New York 10016
Tele.: (212) 779-1414
Email: egleston@bernlieb.com
Email: lifshitz@bernlieb.com
Email: aranoff@bernlieb.com
*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Tele: (615) 744-8505
Email: dljohnson@millermartin.com
*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

Kevin H. Sharp
DRESCHER & SHARP, P.C.
1720 West End Avenue
Suite 300
Nashville, TN 37203
Tele: (615) 425-7111
Email: ksharp@drescherandsharp.com
*Counsel for Plaintiff*

Steven A. Riley
Milton S. McGee, III
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tele: (615) 320-3700
Email: sriley@rwjplc.com
Email: tmcgee@bowenriley.com
*Counsel for Cummins Filtration Inc.*

Patrick M. Barrett, III
BARRETT LAW OFFICE
3319 West End Avenue
Suite 600
Nashville, TN 37203
Tele: (615) 386-8391
Email: pmbarrett3@barrettlawoffice.com
*Counsel for Plaintiff*

Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Tele: (615) 259-4685
Email: jswitzer@ejrlaw.com
*Counsel for ArvinMeritor Inc.*

Courtney L. Wilbert (BPR No. 23089)
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Tele: (615) 790-6610
Email:  cwilbert@cw-attorneys.com
*Counsel for Mann + Hummel USA, Inc.*

And by Email and United States Mail to the following:

Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Tele: (615) 244-6380
Email: bob.boston@wallerlaw.com
*Counsel for Baldwin Filters Inc*

Melissa Loney Stevens
(B.P.R. No. 23036)
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200
Knoxville, TN  37902
Tele: (865) 971.5171
Email: mstevens@bakerdonelson.com
*Counsel for Wix Filtration Products*

E. Jerome Melson
GENTRY, TIPTON & MCLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Tele: (865) 525-5300
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

                                                */s/*  R. Dale Grimes
                                                R. Dale Grimes