IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated | )<br>)<br>)   No. 3-08-0474<br>) |
| v. | )<br>) |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A.L.L.C; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.,; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

The plaintiff's motion for substitution of counsel (Docket Entry No. 39) is GRANTED.

Patrick M. Barrett has already entered an appearance in this case (Docket Entry No. 33), and is entered on the docket as counsel for the plaintiff.

The Clerk is directed to terminate Kevin H. Sharp as counsel for the plaintiff, and to send him a copy of this order.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge