UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC., and UNITED COMPONTENTS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:08-cv-00474<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Alfred H. Davidson IV of Barrett Law Office, P.A., One Burton Hills Boulevard, Suite 380, Nashville, Tennessee 37215, hereby enters his appearance as counsel of record for Plaintiff, Werner Aero Services.

Dated: July 30, 2008

Respectfully submitted,

/s/ Alfred H. Davidson IV
Alfred H. Davidson IV
TN Bar No. 022747
BARRETT LAW OFFICE, P.A.
One Burton Hills Boulevard, Suite 380
Nashville, Tennessee 37215
Phone: 615-665-9990
Fax:    615-665-9998
ahdavidson@barrettlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via electronic delivery (under the Court's ECF system) to:

Gregory M. Egleston
Mel E. Lifshitz
Ronald A. Aranoff
BERNSTEIN, LIEBHARD & LIFSHITZ, LLP
10 East 40th Street, 22nd Floor
New York, New York 10016
Email: egleston@bernlieb.com
Email: lifshitz@bernlieb.com
Email: aranoff@bernlieb.com
*Counsel for Plaintiff*

Patrick Barrett
BARRETT LAW OFFICE, P.A.
One Burton Hills Blvd., Suite 380
Nashville, TN 37215
Email: pmbarrett3@barrettlawoffice.com
*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
150 Fourth Avenue, North
1200 One Nashville Place
Nashville, TN 37219
Email: dljohnson@millermartin.com
*Counsel for Champion Laboratories, Inc., Honeywell International, Inc, and United Components, Inc.*

R. Dale Grimes
Joshua R. Denton
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com
*Counsel for Purolator Filters N.A. L.L.C. and Bosch USA*

Steven A. Riley
Milton S. McGee III
RILEY WARNOCK & JACOBSEN, PLC
1906 West End Avenue

Nashville, TN 37203
Email: sriley@rwjplc.com
Email: tmcgee@rwjplc.com
*Counsel for Cummins Filtration, Inc.*

Courtney L. Wilbert
COLBERT & WINSTEAD, PLLC
1812 Broadway
Nashville, TN 37203-2712
Email: cwilbert@cw-attorneys.com
*Counsel for Mann + Hummel U.S.A., Inc.*

Jeffrey J. Switzer
EVANS, JONES & REYNOLDS, P.C.
P.O. Box 190627
Nashville, TN 37219-2405
Email: jswitzer@ejrlaw.com
*Counsel for ArvinMeritor, Inc.*

this 30th day of July, 2008.

/s/ Alfred H. Davidson IV
Alfred H. Davidson IV