# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>        Defendants. | Case No.: 3:08-cv-00474 |

## DEFENDANTS PUROLATOR FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S STATUS REPORT REGARDING MOTION TO TRANSFER

In accordance with this Court's June 12, 2008 Order (Docket No. 37), Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] hereby provide the following status report on the transfer of this action to another federal judicial district by the Judicial Panel on Multidistrict Litigation ("MDL Panel"). *See In re Aftermarket Filters Antitrust Litig.*, MDL Docket No. 1957.

On July 31, 2008, the MDL Panel heard oral argument on four motions regarding the appropriate federal judicial district in which to centralize this action and other related actions for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. The candidate judicial districts identified in the motion papers are the District of Connecticut, the Northern

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

District of Illinois, the Southern District of Illinois, and the District of New Jersey.  The MDL Panel took the four motions under advisement, and undersigned counsel will promptly apprise this Court when a decision on the motions is issued.

Dated: August 15, 2008                                  Respectfully submitted,

*/s/ Joshua R. Denton*
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: (615) 742-6200
Fax: (615) 742-6293
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com

*Counsel for Defendants Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2008, a true and correct copy of the foregoing "Defendants Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Status Report Regarding Motion to Transfer" was filed electronically with the U.S. District Court. Notice of this filing will be sent to the following individuals by electronic mail message by operation of the Court's electronic filing system or by U.S. Mail, first class postage prepaid. Parties may access this filing through the Court's CM/ECF system.

Gregory M. Egleston
Mel. E. Lifshitz
Ronald A. Aranoff
BERNSTEIN, LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
22nd Floor
New York, New York 10016
Tele.: (212) 779-1414
Email: egleston@bernlieb.com
Email: lifshitz@bernlieb.com
Email: aranoff@bernlieb.com
*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Tele: (615) 744-8505
Email: dljohnson@millermartin.com
*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

Alfred H. Davidson IV
Barrett Law Office, P.A.
One Burton Hills Boulevard, Suite 380
Nashville, Tennessee 37215
Tele: (615) 665-9998
Email: ahdavidson@barrettlawoffice.com
*Counsel for Plaintiff*

Steven A. Riley
Milton S. McGee, III
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tele: (615) 320-3700
Email: sriley@rwjplc.com
Email: tmcgee@bowenriley.com
*Counsel for Cummins Filtration Inc.*

Patrick M. Barrett, III
BARRETT LAW OFFICE
3319 West End Avenue
Suite 600
Nashville, TN 37203
Tele: (615) 386-8391
Email: pmbarrett3@barrettlawoffice.com
*Counsel for Plaintiff*

Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Tele: (615) 259-4685
Email: jswitzer@ejrlaw.com
*Counsel for ArvinMeritor Inc.*

Courtney L. Wilbert (BPR No. 23089)
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Tele: (615) 790-6610
Email:  cwilbert@cw-attorneys.com
*Counsel for Mann + Hummel USA, Inc.*

Robert E. Boston
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Tele: (615) 244-6380
Email: bob.boston@wallerlaw.com
*Counsel for Baldwin Filters Inc.*

E. Jerome Melson
GENTRY, TIPTON & MCLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Tele: (865) 525-5300
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

Melissa Loney Stevens
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200
Knoxville, TN  37902
Tele: (865) 971.5171
Email: mstevens@bakerdonelson.com
*Counsel for Wix Filtration Product*


*/s/  Joshua R. Denton*
Joshua R. Denton

6961615.1