IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated | )<br>)<br>)  No. 3-08-0474<br>) |
| v. | )<br>) |
| CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A.L.L.C;<br>HONEYWELL INTERNATIONAL,<br>INC.; WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.; THE<br>DONALDSON COMPANY; BALDWIN<br>FILTERS INC..; BOSCH U.S.A.;[1]<br>MANN + HUMMEL U.S.A., INC.;<br>ARVINMERITOR, INC.; and UNITED<br>COMPONENTS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Pursuant to the order entered June 12, 2008 (Docket Entry No. 37), defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC filed a status report (Docket Entry No. 43).

By September 2, 2008, defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC shall file another status report, indicating (1) whether a conditional transfer order has entered; and (2) if not, whether any plaintiff in the cases in which motions are pending before the Judicial Panel on MultiDistrict Litigation have filed objections to the transfer; (3) whether the Panel provided any indication that the cases would be transferred and/or whether the only remaining issue is to what District the cases will be transferred; and (4) when the parties anticipate that a decision will issue.

Although no formal notice of appearance has been entered by counsel for defendants Wix Filtration Products, The Donaldson Company, or Baldwin Filters, Inc., in accord with Local Rule 83.01(f)(1), the Clerk shall enter the following counsel:

1. For Baldwin Filters, Inc.: Robert E. Boston, Waller, Lansden, Dortch & Davis, LLP, Nashville City Center, 511 Union Street, Suite 2700, Nashville, TN 37219

---

[1] It appears that defendant Bosch U.S.A. is incorrectly named and that the correct defendant is Robert Bosch LLC.  See Docket Entry No. 43, at 1 n.1.

(bob.boston@wallerlaw.com); and Darrell Prescott, Baker & McKenzie, LLP, 1114 Avenue of the Americas, New York, New York 10026.  See Docket Entry Nos. 22, 25, 31, and 34.[2]

2. For defendant Wix Filtration Products: Melissa Loney Stevens, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Riverview Tower, 900 S. Gay Street, Suite 2200, Knoxville, TN 37902 (mstevens@bakerdonelson.com).  See Docket Entry Nos. 22, 25, and 34.

3. For defendant The Donaldson Company: E. Jerome Melson, Gentry, Tipton & McLemore, P.C., 900 South Gay Street, Riverview Tower, Suite 2300, Knoxville, TN 37902 (ejm@tennlaw.com).  See Docket Entry Nos. 22, 25, and 34.

The Clerk is directed to send a copy of this order to the above attorneys.

As a further housekeeping matter, the defendants' motion to stay (Docket Entry No. 25) was effectively GRANTED by order entered June 12, 2008 (Docket Entry No. 37), and thus the Clerk is directed to terminate the motion to stay (Docket Entry No. 25) as pending.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[2] Mr. Prescott has not sought admission pro hac vice in this case and, if the case is not transferred pursuant to an MDL order, he must move to be admitted pro hac vice.