## United States District Court
## Middle District of Tennessee

Dalaina Thompson
Deputy Clerk

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7178

*Web Site* www.tnmd.uscourts.gov

August 19, 2008

Darrell Prescott
Baker & McKenzie, LLP
1114 Avenue of the Americas
New York, NY 10026

> Re: Werner Aero Services v. Champion Laboratories, Inc. et al
> Civil Action No.: 3:08cv0474
> Judge Echols  -  Magistrate Judge Griffin

Dear Mr. Prescott,

Pursuant to the local rules of court, you must:

___    Be admitted to practice before this Court, in accordance with Local Rule 83.01(a)-(c), or

_X_    File a motion for admission pro hac vice with an attached certificate of good standing, signed by the Clerk of a U.S. District Court to which you are admitted, in accord with Local Rule 83.01(d), and pay a fee of $75.00 per attorney. Please coordinate with local counsel.

___    Retain local counsel, in accord with Local Rule 83.01(h).

Effective July 5, 2005, this Court went live with the Electronic Case Filing system. You should file your motion to appear pro hac vice on paper and pay the required $75.00 per attorney. Once the motion is ruled on, you must register for an ecf login and password. A link to the registration form is available on the website listed above by following the "CM/ECF" link. All filings must be made in accordance with our Administrative Practices and Procedures for Electronic Case Filing, also found at the above-mentioned link.

Please comply with these Local Rule requirements within 20 days. If you have any questions or if we can assist you in any way, please let us know.

Sincerely,

Dalaina Thompson
Deputy Clerk

cc: Robert E. Boston