UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC., THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC.,<br><br>                 Defendants. | Case No.: 3:08-cv-00474 |

**DEFENDANTS PUROLATOR FILTERS N.A. L.L.C.'S
AND ROBERT BOSCH LLC'S STATUS REPORT
AND NOTICE OF ENTRY OF TRANSFER ORDER**

In accordance with this Court's minute Order dated August 18, 2008 (Docket No. 44), Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] (together, "Defendants") provide the following status report on the transfer of this action to the United States District Court for the Northern District of Illinois by the Judicial Panel on Multidistrict Litigation ("MDL Panel") pursuant to 28 U.S.C. § 1407.

On August 18, 2008, the MDL Panel issued the Transfer Order attached hereto as Exhibit A, in which it ordered the transfer of this action (among others) to the Northern District of Illinois for coordinated and consolidated pretrial proceedings as MDL No. 1957, *In re*

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

*Aftermarket Filters Antitrust Litigation.* Counsel for Plaintiff supported the transfer of this action to the Northern District of Illinois,[2] and to the best of Defendants' knowledge, no one has objected to the MDL Panel's Transfer Order (Exhibit A).

Pursuant to Rule 1.6(a) of the Rules of the MDL Panel, the Clerk of this Court is to receive a certified copy of the Transfer Order from the clerk of the transferee district court. That Rule further directs the clerk of this Court – upon receipt the certified copy – to transfer the complete original file of this action, and a certified copy of the docket sheet, to the transferee district court in the Northern District of Illinois. *See* MDL Panel Rule 1.6(a).

Dated: August 25, 2008                    Respectfully submitted,

*/s/ Joshua R. Denton*_____
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: (615) 742-6200
Fax: (615) 742-6293
Email: dgrimes@bassberry.com
Email: jdenton@bassberry.com

*Counsel for Defendants*
*Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

---

[2] On June 11, 2008, Plaintiff filed a memorandum of law with the MDL Panel supporting the transfer of this action to the Northern District of Illinois pursuant to 28 U.S.C. § 1407.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2008, a true and correct copy of the foregoing "Defendants Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Status Report and Notice of Entry of Transfer Order" (with Exhibit A) was filed electronically with the U.S. District Court.  Notice of this filing will be sent to the following individuals by electronic mail message by operation of the Court's electronic filing system or by U.S. Mail, first class postage prepaid. Parties may access this filing through the Court's CM/ECF system.

Gregory M. Egleston
Mel. E. Lifshitz
Ronald A. Aranoff
BERNSTEIN, LIEBHARD &
   LIFSHITZ, LLP
10 East 40th Street
22nd Floor
New York, New York 10016
Tele.: (212) 779-1414
Email: egleston@bernlieb.com
Email: lifshitz@bernlieb.com
Email: aranoff@bernlieb.com
*Counsel for Plaintiff*

Alfred H. Davidson IV
Barrett Law Office, P.A.
One Burton Hills Boulevard, Suite 380
Nashville, Tennessee 37215
Tele: (615) 665-9998
Email: ahdavidson@barrettlawoffice.com
*Counsel for Plaintiff*

Patrick M. Barrett, III
BARRETT LAW OFFICE
3319 West End Avenue
Suite 600
Nashville, TN  37203
Tele: (615) 386-8391
Email: pmbarrett3@barrettlawoffice.com
*Counsel for Plaintiff*

David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Tele: (615) 744-8505
Email: dljohnson@millermartin.com
*Counsel for Defendant Champion Laboratories, Inc., United Components, Inc. and Honeywell International Inc.*

Steven A. Riley
Milton S. McGee, III
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tele: (615) 320-3700
Email: sriley@rwjplc.com
Email: tmcgee@bowenriley.com
*Counsel for Cummins Filtration Inc.*

Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Tele: (615) 259-4685
Email: jswitzer@ejrlaw.com
*Counsel for ArvinMeritor Inc.*

Courtney L. Wilbert (BPR No. 23089)
COLBERT & WILBERT, PLLC
108 Fourth Avenue South, Suite 209
Franklin, Tennessee 37064
Tele: (615) 790-6610
Email:  cwilbert@cw-attorneys.com
*Counsel for Mann + Hummel USA, Inc.*

Robert E. Boston
WALLER LANSDEN
   DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Tele: (615) 244-6380
Email: bob.boston@wallerlaw.com
*Counsel for Baldwin Filters Inc.*

E. Jerome Melson
GENTRY, TIPTON & MCLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Tele: (865) 525-5300
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

Melissa Loney Stevens
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200
Knoxville, TN  37902
Tele: (865) 971.5171
Email: mstevens@bakerdonelson.com
*Counsel for Wix Filtration Product*

                                                */s/  Joshua R. Denton*
                                                Joshua R. Denton

6989770.1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 18, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION          MDL No. 1957

TRANSFER ORDER

**Before the entire Panel**[*]: Now before the Panel are three motions brought, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of some or all of the actions listed on Schedule A. In total, the motions encompass 25 actions, twelve actions in the District of Connecticut, four actions each in the Northern and Southern Districts of Illinois, three actions in the District of New Jersey and one action each in the Eastern and Middle Districts of Tennessee.[1]

Plaintiffs in eight actions filed the three motions seeking centralization in the District of Connecticut, the Northern District of Illinois, or the Southern District of Illinois.[2] All responding plaintiffs support centralization in one of these districts or the Northern District of California.[3] All defendants[4] support centralization in the District of Connecticut.

On the basis of the papers filed and hearing session held, we find that these 25 actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share allegations that the defendants conspired to fix, raise, maintain or

---

[*] Judge Heyburn took no part in the decision of this matter.

[1] The parties have notified the Panel of 21 related actions pending in multiple federal districts. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] Plaintiffs in two other actions moved for Section 1407 transfer to the District of New Jersey, but subsequently withdrew their motion.

[3] In his response, plaintiff in one District of Connecticut action also suggested the Eastern District of New York as an alternative choice for transferee district.

[4] ArvinMeritor, Inc.; Baldwin Filters, Inc.; Robert Bosch LLC; Champion Laboratories, Inc.; Cummins Filtration Inc.; Donaldson Co., Inc.; Honeywell International Inc.; Wix Filtration Corp. LLC; Mann + Hummel U.S.A., Inc.; Purolator Filters N.A., LLC; and United Components, Inc.


EXHIBIT A

- 2 -

stabilize prices, rig bids and allocate customers of aftermarket automotive filters in the United States, in violation of federal and/or state antitrust law. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Any of the districts suggested by the parties would be an appropriate transferee forum; however, on balance, we are persuaded that the Northern District of Illinois is a preferable transferee forum for this litigation. Several actions are already pending in this district before one judge, and plaintiffs in numerous actions pending in this district and elsewhere support the Northern District of Illinois as their first or second choice for transferee district. Considerations of convenience and accessibility also favor the Northern District of Illinois.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Robert W. Gettleman for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
J. Frederick Motz
Acting Chairman

John G. Heyburn II, Chairman*       Robert L. Miller, Jr.
Kathryn H. Vratil                   David R. Hansen

IN RE: AFTERMARKET FILTERS
ANTITRUST LITIGATION                                           MDL No. 1957

## SCHEDULE A

### District of Connecticut

S&E Quick Lube Distributors, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-475
Flash Sales, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-512
William C. Bruene, etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-522
T.D.S. Co., Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-528
Barjan, LLC v. Champion Laboratories, Inc., et al., C.A. No. 3:08-534
Packard Automotive, Inc. v. Honeywell International, Inc., et al., C.A. No. 3:08-600
Parts Plus Group, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-637
Ward's Auto Painting & Body Works, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 3:08-660
Justus Austin, III v. Honeywell International, Inc., et al., C.A. No. 3:08-711
Francis Doll, III, et al. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-718
Gemini of Westmont, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-722
Gasoline & Automotive Service Dealers of America, Inc. v. Champion Laboratories, Inc.,
    et al., C.A. No. 3:08-729

### Northern District of Illinois

Lovett Auto & Tractor Parts, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2046
Neptune Warehouse Distributors, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 1:08-2317
S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2804
Pawnee/S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2806

### Southern District of Illinois

Manasek Auto Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-305
Big T, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-331
Cal's Auto Service, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-351
WWD Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-353

### District of New Jersey

Central Warehouse Sales Corp. v. Champion Laboratories, Inc., et al.,
    C.A. No. 2:08-2123
All American Plazas of New Jersey, Inc. v. Honeywell International Inc., et al.,
    C.A. No. 2:08-2302
Worldwide Equipment, Inc. v. Honeywell International, Inc., et al., C.A. No. 2:08-2303

- A2 -

<u>Eastern District of Tennessee</u>

Randall Bethea, et al. v. Champion Laboratories, Inc., et al., C.A. No. 2:08-126

<u>Middle District of Tennessee</u>

Werner Aero Services v. Champion Laboratories, Inc., et al., C.A. No. 3:08-474