IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WERNER AERO SERVICES, on behalf of itself and all others similarly situated | )<br>)<br>)   No. 3-08-0474<br>) |
| v. | )<br>) |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A.L.L.C; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.,; BOSCH U.S.A.;[1] MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; and UNITED COMPONENTS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Pursuant to the order entered August 18, 2008 (Docket Entry No. 44), defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC filed a status report (Docket Entry No. 46), attaching a copy of the order entered August 18, 2008, by the Panel on MultiDistrict Litigation, transferring this case to the Northern District of Illinois (Docket Entry No. 46-1).

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for entry of a transfer order upon receipt by the Clerk of this District of a certified copy of the MDL order from the Northern District of Illinois.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] It appears that defendant Bosch U.S.A. is incorrectly named and that the correct defendant is Robert Bosch LLC. See Docket Entry No. 43, at 1 n.1.