# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Werner Aero Services, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:08-0474 |
| ) | Judge Echols |
| ) | |
| Champion Laboratories, Inc., et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1957, this case is hereby transferred to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case on the records of this Court and transmit the record to the United States District Court for the Northern District of Illinois .

It is so **ORDERED.**

_____
Robert L. Echols
United States District Judge